IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES SMITH, Administrator Pendente Life of
the Estate of ETHEL WILLIAMS, deceased,

               Plaintiff,

    v.

MARKLEY OPERATOR, LLC d/b/a MARKLEY
REHABILITATION AND HEALTHCARE
CENTER; CEDEARBRUDGE FINANCIAL
SERVICES, LLC; MARQUIS HEALTH
CONSULTING SERVICES, LLC; MARQUIS
LIMITED, LLC; QUINTO NEXGEN, LLC; UKR
NEXGEN, LLC; RSBRMK HOLDINGS, LLC;
TRYKO NEXGEN HOLDINGS, LLC;
NUTRACO, LLC; RELIANT PRO REHAB, LLC
AND JOHN DOES 1-4 (Fictitious Defendants).

               Defendants.

CIVIL ACTION
NO. 26-2857

## ORDER

**AND NOW**, this 21st day of July 2026, upon consideration of Defendants' Notice of Removal (Doc. No. 1), Plaintiff's Motion to Remand to State Court (Doc. No. 9), Defendants' Response in Opposition (Doc. No. 12), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion to Remand to State Court (Doc. No. 9) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.