IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SMITH, Administrator Pendente Life of the Estate of ETHEL WILLIAMS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MARKLEY OPERATOR, LLC d/b/a MARKLEY REHABILITATION AND HEALTHCARE CENTER; CEDEARBRUDGE FINANCIAL SERVICES, LLC; MARQUIS HEALTH CONSULTING SERVICES, LLC; MARQUIS LIMITED, LLC; QUINTO NEXGEN, LLC; UKR NEXGEN, LLC; RSBRMK HOLDINGS, LLC; TRYKO NEXGEN HOLDINGS, LLC; NUTRACO, LLC; RELIANT PRO REHAB, LLC AND JOHN DOES 1-4 (Fictitious Defendants).<br><br>Defendants. | CIVIL ACTION<br>NO. 26-2857 |

**ORDER**

**AND NOW**, this 31st day of July 2026, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8), Plaintiff's Response in Opposition (Doc. No. 10), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**. It is **FURTHER ORDERED** that Plaintiff is granted leave within twenty-one (21) days from the date of this Order to file an amended Complaint.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.